Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Petitioner:  ABDUL RAHMAN SOOMRO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| ABDUL RAHMAN SOOMRO )<br>)<br>　　Plaintiff, )<br>) <br>vs. )<br>)<br>Alberto Gonzales, Attorney General of the )<br>United States; Michael Chertoff, Secretary of the )<br>Department of Homeland Security; Emilio )<br>Gonzelez, Director of United States Citizenship & )<br>Immigration Services; Robert S. Mueller, III, )<br>Director of the Federal Bureau of Investigations; )<br>Christina Poulos, Director of the California Service )<br>Center; et al; )<br>)<br>　　Defendants )<br>———————————————————————) | Case No. C07-04331 JL<br><br>CIVIL ACTION<br>TO COMPEL DEFENDANTS<br>TO COMPLETE<br>NATURALIZATION PROCESS<br><br>INS A# 073-017-732 |

**To the Honorable Judges of Northern District of California San Francisco Court:**

　　Plaintiff, Abdul Rahman Soomro**,** through undersigned counsel, alleges as follows:

**INTRODUCTION**

　　1.  This is a civil action brought pursuant to 8 U.S.C. § 1447, 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq*. to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

　　2.  This action is brought to compel Defendants and those acting under them to take action on a Form N-

400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States. The Application was filed with the United States Citizenship and Immigration California Service Center, California on September 16, 2005 by Abdul Rahman Soomro. (See Ex. 1, I-797, Notice of Action) Abdul Rahman Soomro was interviewed by an Immigration Officer on December 29, 2005 and successfully passed the English language and history and government tests. (See Ex. 2, Form N-652, Naturalization Interview, for proof of successful passage of both tests). To this day, approximately two years and seven months after the interview, Abdul Rahman Soomro still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

3. Plaintiff is eligible to have his Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate this Application.

5. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

**FACTS**

6. Abdul Rahman Soomro is a native and citizen of Pakistan.

7. Abdul Rahman Soomro's Permanent Resident Status was granted on July 24, 2000 (See Ex. 3), and he became statutorily eligible to file Form N-400, Application for Naturalization, on April 24, 2005, four years and nine months after grant of Permanent Resident Status.

8. Abdul Rahman Soomro filed his Form N-400, Application for Naturalization, with the United States Citizenship and Immigration Naturalization Service Center, California on or about September 16, 2005. (See Ex. 1, I-797, Notice of Action)

9. Abdul Rahman Soomro was interviewed by an Immigration Officer on December 29, 2005 and successfully passed the English language and history and government tests. (See Ex. 2, Form N-652, Naturalization Interview, for proof of successful passage of both tests). To this day, over two years and seven months after the interview, Abdul Rahman Soomro still awaits the decision.

10. Plaintiff has made numerous telephone calls to USCIS. Each time, he has been told that his status is pending, waiting for FBI results. (See Ex. 5, Letters from USCIS dated 9-5-06, 3-27-07)

11. Plaintiff received a letter from USCIS dated May 8, 2006, stating that his case is pending routine background checks. (See Ex. 4)

12. Plaintiff sent a letter on November 29, 2006 to Robert Mueller III, Director of the FBI, requesting his assistance in the adjudication of his application. (See Ex. 6)

13. On April 6, 2007, Plaintiff again had his fingerprints taken in support of his application. (See Ex. 7)

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

14. Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to be naturalized as a U.S. Citizen. Plaintiff has made numerous telephone calls, has sent letters and has visited the USCIS Sacramento Office in person to try to obtain adjudication of his application.

### CLAIMS

15. Defendants have willfully and unreasonably delayed in and have refused to adjudicate the Application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

16. Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

1  17. Plaintiff has exhausted any administrative remedies that may exist.

2  WHEREFORE, Plaintiff prays that the Court:

3
4  1.  Assume jurisdiction over the case and naturalize the Plaintiff under the terms of 8 USC 1447(b); or

5  2.  Compel Defendants and those acting under them to perform their duty to adjudicate the Petition; and

6  3.  Grant such other and further relief as this Court deems proper under the circumstances; and

7
8  4.  Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

9  Respectfully submitted this ____th day of August 2007.

10

11

12

13  Respectfully submitted,

14  Attorneys for Plaintiff

15

16  _____
    Shah Peerally, Esq.
17  Attorney for Plaintiff

18  _____
    Erich Keefe, Esq.
19  Attorney for Plaintiff

20

21

22

23

24

25

26

27

28