1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 ABDUL RAHMAN SOOMRO,              )
                                     )   C 07-4331 JL
13             Plaintiff,            )
                                     )
14       v.                          )   **PARTIES' CONSENT TO**
                                     )   **MAGISTRATE JUDGE JURISDICTION**
15 ALBERTO GONZALES, Attorney General of )
   the United States; MICHAEL CHERTOFF, )
16 Secretary of the Department of Homeland )
   Security; EMILIO GONZALEZ, Director of )
17 United States Citizenship and Immigration )
   Service; ROBERT S. MUELLER, III, Director )
18 of the Federal Bureau of Investigations; )
   CHRISTINA POULOS, Director of the )
19 California Service Center,        )
                                     )
20             Defendants.           )
                                     )
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Parties' Consent to Magistrate Jurisdiction
C 07-4331 JL                              1

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: September 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Date: September 4, 2007

_____/s/_____
SHAH PEERALLY
Attorney for Plaintiff

Parties' Consent to Magistrate Jurisdiction
C 07-4331 JL                    2