SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL RAHMAN SOOMRO,<br><br>            Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Service; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Director of the California Service Center,<br><br>            Defendants. | C 07-4331 JL<br><br>**STIPULATION TO TRANSFER CASE; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the court, to transfer the above-entitled action to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1631 because plaintiff resides in Tracy, CA, and his naturalization application is with the United States Citizenship and Immigration Services in Sacramento, California.

    If this Court rejects the parties' stipulation to transfer, the parties agree that the defendants shall file their response by October 29, 2007.

STIPULATION TO TRANSFER
C 07-4331 JL                               1

1  If this Court grants the parties' stipulation to transfer, the defendants shall have 60 days after
2  the case is docketed in the Eastern District of California within which to file their answer.
3  Each of the parties shall bear their own costs and fees.

4  Dated: September 4, 2007                     Respectfully submitted,

5                                                SCOTT N. SCHOOLS
                                                 United States Attorney
6

7
                                                        /s/
8                                                MELANIE L. PROCTOR
                                                 Assistant United States Attorney
9                                                Attorneys for Defendants

10

11

12
                                                        /s/
13 Date: September 4, 2007                       SHAH PEERALLY
                                                 Attorney for Plaintiff
14

15

16
                                    **ORDER**
17
   Pursuant to stipulation, IT IS SO ORDERED.
18

19

20 Date:
                                                 JAMES LARSON
21                                               United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATION TO TRANSFER
C 07-4331 JL                         2