1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 ABDUL RAHMAN SOOMRO,            )
                                   )  C 07-4331 JL
13              Plaintiff,         )
                                   )
14        v.                       )  **STIPULATION TO TRANSFER CASE;**
                                   )  **and [PROPOSED] ORDER**
15 ALBERTO GONZALES, Attorney General of )
   the United States; MICHAEL CHERTOFF,  )
16 Secretary of the Department of Homeland )
   Security; EMILIO GONZALEZ, Director of  )
17 United States Citizenship and Immigration )
   Service; ROBERT S. MUELLER, III, Director )
18 of the Federal Bureau of Investigations;  )
   CHRISTINA POULOS, Director of the        )
19 California Service Center,               )
                                            )
20              Defendants.                 )
                                            )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to approval of the court, to transfer the above-entitled action to

24 the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1631

25 because plaintiff resides in Tracy, CA, and his naturalization application is with the United States

26 Citizenship and Immigration Services in Sacramento, California.

27     If this Court rejects the parties' stipulation to transfer, the parties agree that the defendants shall

28 file their response by October 29, 2007.

STIPULATION TO TRANSFER
C 07-4331 JL                            1

1  If this Court grants the parties' stipulation to transfer, the defendants shall have 60 days after
2  the case is docketed in the Eastern District of California within which to file their answer.
3  Each of the parties shall bear their own costs and fees.

4  Dated: September 4, 2007                    Respectfully submitted,

5                                              SCOTT N. SCHOOLS
                                               United States Attorney
6

7
                                               _____/s/_____
8                                              MELANIE L. PROCTOR
                                               Assistant United States Attorney
9                                              Attorneys for Defendants

10

11

12
                                               _____/s/_____
13  Date: September 4, 2007                    SHAH PEERALLY
                                               Attorney for Plaintiff
14

15

16
                              **ORDER**
17
    Pursuant to stipulation, IT IS SO ORDERED.
18

19
20  Date: September 5, 2007                    _____
                                               JAMES LARSON
21                                             United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATION TO TRANSFER
C 07-4331 JL                          2